UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20398-RAR

UNITED STATES OF AMERICA

v.

FRANCISCO TONARELY,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO
PLACE DEFENDANT ON PRETRIAL DIVERSION**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Place Defendant on Pretrial Diversion ("Joint Motion"), [ECF No. 60]. Being fully advised as to the facts and circumstances surrounding the Agreement for Pretrial Diversion, [ECF No. 60-1], it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. The Agreement for Pretrial Diversion between Defendant and the United States, [ECF No. 60-1], is accepted. Accordingly, Defendant is hereby placed on pretrial diversion for a period of **twelve (12) months**, subject to the term and conditions as set forth in the Agreement for Pretrial Diversion. Further, the time period from January 7, 2025, through the conclusion of Defendant's pretrial diversion term is hereby excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice will be served and outweigh the interests of the Defendant and the public in a speedy trial by removing this case from the trial calendar until conclusion of the pretrial diversion period. The Clerk is instructed to mark the case **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of January, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**