UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 24-CR-20398-RUIZ/LOUIS

UNITED STATES OF AMERICA

v.

FEDERICO NANNINI
MAURO NANNINI
ALEJANDRO THERMIOTIS
_____/

## DEFENDANTS' JOINT NOTICE OF STIPULATED RESTITUTION

Defendants Federico Nannini, Mauro Nannini, and Alejandro Thermiotis jointly submit this notice to inform the Court that they have reached an agreement with Global Consulting Firm 1 regarding restitution. The Defendants have agreed to each pay Global Consulting Firm 1 $153,706.70, for a total restitution payment of $461,120.10. Federico Nannini has agreed to pay an additional $18,880.05, which represents a return of some of his salary and a bonus he received while employed at Global Consulting Firm 1.

| | |
|---|---|
| **STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**<br>Two South Biscayne Boulevard<br>Suite 1600<br>Miami, FL 33131<br>(305) 614-1400<br><br>/s/ *Michael B. Nadler*<br>MICHAEL B. NADLER<br>Florida Bar No. 0051264<br>mnadler@sknlaw.com<br><br>MATTHEW DELLABETTA<br>Florida Bar No. 1031216<br>mdellabetta@sknlaw.com | **BLACK SREBNICK**<br>201 South Biscayne Boulevard<br>Suite 1300<br>Miami, Florida 33131<br>(305) 371-6421<br><br>/s/ *Howard Srebnick*<br>HOWARD SREBNICK<br>Florida Bar No. 919063<br>HSrebnick@RoyBlack.com<br><br>/s/ *Jackie Perczek*<br>JACKIE PERCZEK<br>Florida Bar No. 042201<br>JPerczek@RoyBlack.com<br><br>/s/ *Jeanelle Gomez*<br>JEANELLE GOMEZ<br>Florida Bar No. 1026021<br>Jgomez@RoyBlack.com |

