UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 24-CR-20398-RUIZ/LOUIS

UNITED STATES OF AMERICA

v.

MAURO NANNINI
_____/

**DEFENDANT MAURO NANNINI'S NOTICE
OF PAYMENT OF FORFEITURE**

On December 16, 2024, Mauro Nannini pled guilty to Count I of the Indictment. Pursuant to his plea agreement, Mauro agreed to forfeit $180,328.41 and to pay the forfeiture by the time of sentencing. On March 28, 2025, in anticipation of the upcoming sentencing, the full forfeiture amount was wired to the United States Marshals Service pursuant to instructions provided by the government.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

*/s/ Howard Srebnick*
**HOWARD SREBNICK**
Florida Bar No. 919063
HSrebnick@RoyBlack.com

*/s/ Jackie Perczek*
**JACKIE PERCZEK**
Florida Bar No. 042201
JPerczek@RoyBlack.com